# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

MARCUS DESHAWN WOODSON,    )
                                                 )
              Petitioner,    )
                                               )
v.    )    No. CIV 17-176-RAW-KEW
                                               )
JOE M. ALLBAUGH, DOC Director,    )
                                               )
              Respondent.    )

**OPINION AND ORDER
DENYING MOTION FOR APPOINTMENT OF COUNSEL**

Petitioner has filed a motion requesting the Court to appoint counsel (Dkt. 9). He alleges, among other things, that his habeas corpus claims are valid, he is being housed in administrative segregation, and he is being denied access to the law library and the supplies he needs to communicate with the Court.

Petitioner bears the burden of convincing the Court that his claim has sufficient merit to warrant appointment of counsel. *McCarthy v. Weinberg*, 753 F.2d 836, 838 (10th Cir. 1985) (citing *United States v. Masters*, 484 F.2d 1251, 1253 (10th Cir. 1973)). The Court has carefully reviewed the merits of Petitioner's claim, the nature of factual issues raised in his allegations, and his ability to investigate crucial facts. *McCarthy*, 753 F.2d at 838 (citing *Maclin v. Freake*, 650 F.2d 885, 887-88 (7th Cir. 1981)). After considering Petitioner's ability to present his claims and the complexity of the legal issues raised by the claims, the Court finds that appointment of counsel is not warranted. *See Williams v. Meese*, 926 F.2d 994, 996 (10th Cir. 1991); *see also Rucks v. Boergermann*, 57 F.3d 978, 979 (10th Cir.

1995).

**ACCORDINGLY,** Petitioner's motion for appointment of counsel (Dkt. 9) is DENIED.

**IT IS SO ORDERED** this 17th day of July 2017.

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**